UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| AGUEDA R. ROBBIE and DIANE LARSEN, Trustees of THE AGUEDA R. ROBBIE MARITAL TRUST U/A/D 03/18/2003, | |
| Plaintiffs, | Case No.: 3:08-cv-00220-HDM-RAM |
| vs. | MINUTES OF COURT |
| BLANCO RIVER LLC, an Arizona limited liability company; CHRISTOPHER GREEN, | April 21, 2011 |
| Defendants. | |

**PROCEEDINGS:**   BENCH TRIAL (DAY TWO)

**PRESENT:**
**THE HONORABLE HOWARD D. McKIBBEN, SENIOR U.S. DISTRICT JUDGE**

**Deputy Clerk:**  Paris Rich      **Reporter:**  Kathryn French

**Counsel for Plaintiffs:**   Mark Wray, Esq.

**Counsel for Defendant Blanco River LLC:**  David Rude, Esq. for Blanco River LLC

**Defendant Pro Se:**   Christopher Green, Pro Se

At 8:30 a.m., the Court convenes. Counsel and Mr. Green are present as indicated. Plaintiff Agueda Robbie is present.

Court addresses [137] Defendant Blanco River LLC's Motion for Judgment on Partial Findings (FRCP 52(c)). Mr. Rude presents argument. Mr. Wray presents argument. Court recites findings. **IT IS ORDERED, [137] Motion is DENIED. IT IS SO ORDERED.**

JOHN CONRAD AIRD, remaining under oath, retakes the witness stand, is further examined on direct by Mr. Wray, and released subject to recall.

At 10:25 a.m., the Court stands at recess.

At 10:45 a.m., the Court reconvenes with all parties present.

**ROBBIE, et al. vs. BLANCO RIVER LLC, et al.**
**Case No. 3:08-cv-00220-HDM-RAM**
**April 21, 2011**                                                                                      Page 2 of 2

---

JOHN CONRAD AIRD, resumes the witness stand, is further examined on direct by Mr. Wray, cross-examined by Mr. Rude, and cross-examined by Mr. Green.  Prior to release subject to recall, the Court admonishes the witness.

At 12:21 p.m., the Court stands at recess until 2:30 p.m. this date.

At 2:28, p.m., the Court reconvenes with all parties present.

JOHN CONRAD AIRD, resumes the witness stand, is further cross-examined by Mr. Green, and excused.

Plaintiffs' Exhibits 29 and 32 through 40 are received into evidence.

Defendants' Exhibits 50 through 57 are received into evidence.

CHRISTOPHER GREEN, Defendant Pro Se, called on behalf of Plaintiffs, is sworn, examined on direct by Mr. Wray, and released subject to recall.

Plaintiffs' oral motion for the Court to take judicial notice of Document [83] *Christopher Green & Gallman's Response to Objection to Gallman's Appearance and Request for Sanctions,* filed on May 7, 2010  in this Court's Case No. 3:08-cv-00220-HDM-RAM, is GRANTED.

Court and counsel confer regarding remaining Trial proceedings.

**IT IS ORDERED, <u>Bench Trial is continued to Friday, April 22, 2011 at 8:30 a.m. in Reno Courtroom 4 before Judge Howard D. McKibben.</u>**

At 4:36 p.m., the Court adjourns.

                                                                LANCE S. WILSON, CLERK


                                                                By: /s/ Paris Rich
                                                                        Deputy Clerk