1
2
3
4
5
6
7
8

9                           **UNITED STATES DISTRICT COURT**

10                              **DISTRICT OF NEVADA**

11

12  AGUEDA R. ROBBIE and DIANE        )      3:08-cv-00220-HDM-RAM
    LARSEN, Trustees of THE AGUEDA R. )
13  ROBBIE MARITAL TRUST U/A/D/       )
    03/18/2003,                       )
14                                    )      ORDER
                  Plaintiff,          )
15                                    )
    vs.                               )
16                                    )
    BLANCO RIVER LLC, an Arizona      )
17  limited liability company,        )
    CHRISTOPHER GREEN,                )
18                                    )
                  Defendants.         )
19  _____ )

20       Defendant Green's request for an extension of time to respond

21  to the post-trial briefs is GRANTED.  The time for Green to respond

22  to the post-trial briefs is hereby extended until Friday, May 27,

23  2011.

24       **IT IS SO ORDERED.**

25       DATED: This 24th day of May, 2011.

26
27                              _Howard D McKibben_
                                _____
28                              UNITED STATES DISTRICT JUDGE

                                        1