# UNITED STATES DISTRICT COURT

**\*\*\*\***            DISTRICT OF ___NEVADA___

AGUEDA R. ROBBIE and DIANE
LARSEN, Trustees of THE AGUEDA
R. ROBBIE MARITAL TRUST U/A/D
03/18/2003,

RENEWED

        Plaintiff,          JUDGMENT IN A CIVIL CASE

   V.

  CASE NUMBER:    3:08-cv-0220-HDM-RAM

BLANCO RIVER LLC and
CHRISTOPHER GREEN,

        Defendants.

<u>XX</u>    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** as follows:

**1.**    On plaintiff's first claim for relief, plaintiff is awarded judgment against the defendants Blanco River LLC and Christopher Green in the amount of $76,050.00 together with interest at the rate of twelve percent (12%) from April 4, 2006 until entry of judgment. Thereafter, the judgment shall bear interest at the statutory rate. Further, plaintiff is entitled to a 10.437% interest in the defendant Blanco River LLC.

**2.**    On plaintiff's second and third claims for relief, the court enters judgment in favor of defendants Blanco River LLC and Christopher Green and against the plaintiff, Agueda R. Robbie, Trustee of the Agueda R. Robbie Marital Trust.

**3.**    The promissory note contains an attorney fee provision. Under the court's decision, plaintiff and defendants are prevailing parties under the note. Therefore, either party may file a motion for fees and costs pursuant to Local Rule 54-16. If no motion is filed, the judgment provides that each party shall bear their own costs and fees.

    __June 1, 2017__                                  **DEBRA K. KEMPI**
                                                  Clerk

                                           __/s/__
                                           Deputy Clerk